*Lisa J. Steele*, special public defender, in support of the petition.

*Michele C. Lukban*, assistant state's attorney, in opposition.

Decided February 16, 2005

FRANCISCO MERCADO *v.* COMMISSIONER OF CORRECTION

The petitioner Francisco Mercado's petition for certification for appeal from the Appellate Court, 85 Conn. App. 869 (AC 24517), is denied.

*Sean K. Crowshaw*, special public defender, in support of the petition.

*Eileen F. McCarthy*, assistant state's attorney, in opposition.

Decided March 2, 2005

STATE OF CONNECTICUT *v.* DANIEL DIAZ

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 244 (AC 23341), is denied.

*Neal Cone*, senior assistant public defender, in support of the petition.

*Christine Collyer*, special deputy assistant state's attorney, in opposition.

Decided March 2, 2005